**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Court File No. 05-84 (MJD/JGL) |
| Plaintiff, | |
| vs. | |
| Mark Miles, Sharyn Miles, Postal Credit Union, Encore Credit Corporation, Como Northtown Credit Union, Greener Pastures Development Corporation, ABN Amro Mortgage Group, Madelyn Miles, State of Minnesota – Dept. of Economic Security, State of Minnesota – Dept. of Revenue, and Washington County | **ORDER FOR DEFENDANTS ENCORE CREDIT CORPORATION AND COMO NORTHTOWN CREDIT UNION** |
| Defendants. | |

Pursuant to the Stipulation of Dismissal of Defendants Encore Credit Corporation and

Como Northtown Credit Union filed on August 12, 2005, the action is hereby dismissed as to

Defendants Encore Credit Corporation and Defendant Como Northtown Credit Union with

prejudice and without costs or attorney's fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: August 19,                     s/ Michael J. Davis
                                      Honorable Michael Davis

Doc# 2047105\1