IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

vs.

Mark Miles, Sharyn Miles, Postal Credit
Union, Encore Credit Corporation, Como
Northtown Credit Union, Greener Pastures
Development Corporation, ABN AMRO
Mortgage Group, Madelyn Miles,
State of Minnesota – Department of
Economic Security, State of
Minnesota – Department of
Revenue, and Washington County,

        Defendants.

Court File No. 05-84MJD/JGL

JUDGMENT IN A CIVIL CASE

---

    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED THAT:
Pursuant to the Stipulation of Dismissal of Defendant ABN AMRO Mortgage Group filed September 14, 2005, the action is dismissed as to Defendant ABN AMRO Mortgage Group with prejudice and without costs or attorney's fees to any party.

Dated: September 16, 2005

        s/ Michael J. Davis
        Judge of United States District Court