# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. No. 05-00084 MJD/SRN |
| | ) |
| **Mark Miles, et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## Order for Dismissal of Washington County

For good cause shown, Washington County is dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated:  _August 4, 2006              ___s/Michael J. Davis_____
                                     The Honorable Michael J. Davis
                                     United States District Judge

1832083.1